UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 6:14-cr-175-Orl-37DAB

MATTHEW C. GRAZIOTTI

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through the undersigned Assistant United States Attorney, files its sentencing memorandum and requests this Court to sentence the defendant to the guidelines range of 250 years in federal prison followed by a life term of supervised release.  A guidelines sentence in this case will achieve the purposes of sentencing set forth in 18 U.S.C. § 3553(a) because it will reflect the seriousness of the offense, promote respect for the law, provide just punishment, afford adequate deterrence, and, most importantly, protect children from further crimes of the defendant.

## BACKGROUND

Matthew Graziotti is a 43 year-old skilled sexual predator who used his position in the community to gain the trust of young children and their parents. He bore the trappings of a respected community member: he was a 5th grade teacher; a summer camp director; a youth sports coach; and, a youth pastor seemingly devoted to the loving care and protection of children.  *See* PSR at ¶¶ 21, 140-141, 143.  His child-centered employment and community activities, however, were a ploy to gain access to children to indulge his insatiable sexual

appetite.  Over the course of four years, Graziotti sexually abused 29 children, all under the age of 12 and some as young as 6.  *Id.* at ¶ 20-32.  Graziotti's heinous criminal acts and deceptive persona were unveiled on July 14, 2014, when law enforcement agents executed a search warrant at his home and discovered that he had memorialized what he had done in photographs and videos that he had saved to his computer.  *Id* at ¶¶ 13, 20-32.

Agents executed the warrant because Graziotti was also a prolific distributor of photographs and videos depicting the sexual abuse of children.  *Id.* at ¶¶ 10, 15.  In May 2014, Graziotti used a file-sharing program to distribute 141 photographs and six videos of child pornography to an undercover FBI agent.  *Id.* When law enforcement agents entered Graziotti's home in July, 2014 pursuant to the warrant, Graziotti had the file-sharing program running on his computer, uploading (distributing) and downloading (receiving) child pornography images.  Graziotti had 263 "friends" in his distribution network, and in chat conversations with his "friends," he expressed his deviant preference for child pornography images of children between the ages of 6 and 12.  *Id.* at ¶¶ 13, 15, 19.  Graziotti had been a member of this file-sharing program for the past six years, and he had amassed a humongous collection of photographs and videos showing the rape, torture and exploitation of thousands of children.  *Id.* at ¶¶ 12, 17.  Later, the National Center for Missing and Exploited Children determined that agents had previously identified the children abused in 6,780 photographs and 161 videos that Graziotti had obtained and saved for his viewing pleasure.  *Id.* at 18.

Graziotti was not only a distributor of child pornography, he was also a producer. On one of his hard drives, he had created folders bearing the name of each of the 29 young children that he had abused over a period of four years. *Id.* at ¶¶ 20-32. The folders, in total, contained hundreds of videos and photographs of Graziotti sexually abusing the children as they appeared to be sleeping. Sadly, Graziotti abused some of the children on multiple occasions over a period of years. *See Id.* at ¶¶ 24-25, 29-30.

Graziotti pleaded guilty to seven counts of production of child pornography, one count of distribution of child pornography and one count of possession of child pornography. He faces a statutory sentence of a mandatory minimum of 15 years imprisonment and a maximum of 250 years. Pursuant to the PSR, the defendant's guidelines range is 250 years in federal prison. For the reasons that follow, the United States requests the Court to sentence Graziotti to the advisory range of 250 years in federal prison followed by a life term of supervised release.

## **ARGUMENT**

1. The Nature and Circumstances of the Offense

The nature and circumstances of Graziotti's offenses are atrocious and militate in favor of a guidelines sentence. See 18 U.S.C. § 3553(a)(1). Graziotti is an adept child sexual predator who manipulated and fooled dozens of families in his community into believing that he was a trustworthy person with their children. He defiled 29 little children and memorialized that debauchery for his

later lustful pleasure. His narcissism and arrogance were so intense, that he felt at ease abusing a little child on an occupied bus as they travelled on I-4. PSR at ¶ 26. Graziotti has harmed 29 young children and devastated their families. The nature and extent of his criminal conduct is egregious and despicable. A guidelines sentence of 250 years imprisonment is appropriate and reasonable. *See United States v. Sarras*, 575 F.3d 1191, 1220 (11th Cir. 2009) ("Child sex crimes are among the most egregious and despicable of societal and criminal offenses."); *see also New York v. Ferber*, 458 U.S. 747, 758 n. 9 (1982) (recognizing that childhood sexual abuse has devastating and long-lasting effects on its victims.).

    2.    <u>The History and Characteristics of the Defendant</u>

Similarly, Graziotti's history and characteristics are aggravating factors that militate in favor of a guidelines sentence. 18 U.S.C. § 3553(a)(1). Graziotti used his education, employment, personality and standing in the community to gain the trust of his young victims and their parents. His criminal conduct was extensive, purposeful and planned. He persuaded the parents of his young victims to allow their children to repeatedly sleep at his house where he recorded his abuse and managed to keep if a secret for many years. In addition, he sexually exploited thousands of children by distributing and obtaining images depicting their sexual abuse. The gravity of Graziotti's criminal conduct along with his history and characteristics weigh in favor of a guidelines sentence.

### 3. Just Punishment, Adequate Deterrence, Respect for the Law, and Protection of the Public

A guidelines sentence also meets the sentencing goals of adequate deterrence, respect for the law, protection of the public and just punishment in this case. "The more serious the crime and the greater the defendant's role in it, the more important it is to send a strong and clear message that will deter others." *Irey*, 612 F.3d at 1212. Graziotti was the star, director and producer of horrific videos and images depicting his abuse of many young children. He also sexually exploited thousands of other children by obtaining and distributing images of their sexual abuse. As the encryption of his child pornography folders demonstrates, Graziotti understood that his actions were illegal, yet the threat of law enforcement action did not deter him. Consequently, a guidelines sentence is warranted to deter Graziotti and others from sexually abusing minors, to promote respect for the law and to provide for just punishment. *United States v. Pugh*, 515 F.3d 1179, 1194-95 (11th Cir. 2008) (observing that deterrence is "particularly compelling in the child pornography context" because the greater demand for it, the more children will be victimized to create it.).

Finally, and most importantly, Graziotti has demonstrated that he is an extreme danger to children and an exceptionally accomplished sexual predator who managed to con 29 families for many years. A sentence of 250 years in federal prison will forever protect children and their parents from Graziotti's further crimes.

For the foregoing reasons, the United States respectfully requests the Court to sentence Graziotti to a term of 250 years in federal prison followed by a life term of supervised release. In light of the serious nature of the offense, Graziotti's personal characteristics, the need for the protection of children, just punishment, deterrence, and the need to promote respect for the law, a guidelines sentence is reasonable.

        Respectfully submitted,

        A. LEE BENTLEY, III
        United States Attorney


By:   *s/ Karen L. Gable*
      Karen L. Gable
      Assistant United States Attorney
      USA No. 025
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:   (407) 648-7500
      Facsimile:    (407) 648-7643
      E-mail:   karen.gable@usdoj.gov

U.S. V. MATTHEW C. GRAZIOTTI          Case No. 6:14-cr-175-Orl-37DAB

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Angela Parrott, Esq.
Assistant Federal Public Defender

/s/ *Karen L. Gable*
KAREN L. GABLE
Assistant United States Attorney
United States Attorney No.: 025
400 West Washington Street, Suite 3100
Orlando, Florida 32801
Phone No.: (407) 648-7500
Fax No.: (407) 648-7643
Email: Karen.Gable@usdoj.gov